# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### NORTHERN DIVISION
### AT COVINGTON
### CIVIL ACTION NO.: 05-142-DLB

**INSIGHT COMMUNICATIONS CO., INC.,**                                    **PLAINTIFF**

**V.**

**TELECOMMUNICATIONS BOARD OF**
**NORTHERN KENTUCKY,**                                                   **DEFENDANT**


## <u>MEMORANDUM ORDER</u>

The parties notified the court during a telephonic status conference held on October 23, 2006 that they had reached an agreement in principle to resolve their dispute through settlement, and were directed to file an agreed order of dismissal not later than November 27, 2006. The parties neither complied with the court's October 23 order nor requested an extension of time in which to do so. On January 4, 2007, the secretary to the undersigned placed a courtesy call to counsel. Counsel expressed assurance that the overdue order of dismissal would be filed not later than January 12, 2007. On January 19, 2007, no order having been filed, the secretary again contacted counsel telephonically. It appearing that delays by both parties have resulted in a continuing failure to comply with the October 23, 2006 order to date, **IT IS ORDERED:**

The parties shall either **show cause** in a written status report for their failure to file an agreed order of dismissal to date **or** shall file the overdue agreed order of dismissal not later than **February 14, 2007.**

This the 5th day of February, 2007.



Signed By:

_J. Gregory Wehrman_

United States Magistrate Judge